### CHILDE agt LONGFELLOW etc.

Alwin Childe plaint. agt William Longfellow of Newberry and Joseph Dell of Boston or either of them Defts for not paying the Summe of Sixty five pound fourteen Shillings & four pence currant mony of New-England due by bond datd June. 2d 1677. under the hands and Seales of sd Longfellow and Dell with other due damages &c. . . . The Jury . . . found for the plaint. the Forfiture of the bond Sixty five pounds fourteen Shillings and four pence mony and costs of Court. The Defendt Dell appealed from this Judgemt unto the next Court of Assistants and himselfe principall in £.130. Tho: Watkins and John Somes Sureties in £.65. apeice were respectiuely bound . . . for the prosecution thereof to Effect.

[ See Records of Court of Assistants, i. 112.]

### OXE agt LONGFELLOW

Robert Oxe plaint. agt William Longfellow of Newberry and Joseph Dell of Boston or either of them Defts for not paying the Summe of two hundred & thirty Six pound in currant mony of New-England due by bond bearing date June. 2d 1677. under the hands & Seales of sd Longfellow and Dell with all other due damages &c. . . . The Jury . . . found for the plaint. forfiture of the bond, two hundred [ 473 ] thirty Six pounds mony & costs of Court: The Deft Dell appealed from this judgemt unto the next Court of Assistants.

[ See Records of Court of Assistants, i. 112.]

### JOHNSON agt CRAFFORD

Francis Johnson plaint. agt Mordecai Crafford Defendt in an action of debt of five pounds Eight Shillings and five pence in fish due by bill bearing date March. 16° 1671/2. under the hand of sd Crafford, with interest & all other due damages etc. . . . The Iury . . . found for the plaint. five pounds eight Shillings five pence according to bill & costs of Court allowed twenty two Shillings & four pence.